Honorable Franklin Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                   )<br>                            Plaintiff,        )<br>                                                                   )<br>          v.                                                    )<br>                                                                   )<br> WING HO JIMMY HO, et al.,              )<br>                                                                   )<br>                            Defendants.  )<br>_____)  | Case No. CR06-5668FDB<br><br>ORDER CONTINUING MOTION<br>CUTOFF DATE |

Upon the foregoing stipulation of the parties, and upon all of the papers and proceedings previously filed herein, the court hereby extends the motion cutoff date for the defendants Wing Ho Jimmy Ho, King Yin Peter Fong, Ying Wai Wong and Ka Wai Andy Cheung until February 12, 2007.

Dated this 5th day of February, 2007.

*[signature]*

FRANKLIN BURGESS
United States District Judge

Presented by: /s/ Michael Nance
Michael Nance
Defense Attorney

MICHAEL NANCE
ATTORNEY AT LAW
615 SECOND AVENUE, SUITE 760
SEATTLE, WASHINGTON 98104
(206)624-3211